UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-23831

AUGUSTO EDUARDO LOAIZA LEMUS,

    Plaintiff,

vs.

PROJECTOTRES LLC,
LILIANA SERVIN, and
JORGE CHALL PEREZ,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

TO:    PROJECTOTRES LLC
      c/o LILIANA SERVIN, its Registered Agent
      1021 HERON CT
      KISSIMMEE, FL 34759

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Brian H. Pollock, Esq.
            FairLaw Firm
            7300 N. Kendall Drive
            Suite 450
            Miami, FL 33156
            Tel:    (305) 230-4884
            brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:\_\_\_\_\_Sep 13, 2019\_\_\_\_\_



**SUMMONS**

_s/ Alisha Beasley-Martin_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-23831

AUGUSTO EDUARDO LOAIZA LEMUS,

      Plaintiff,

vs.

PROJECTOTRES LLC,
LILIANA SERVIN, and
JORGE CHALL PEREZ,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

TO:    LILIANA SERVIN
       1021 HERON CT
       KISSIMMEE, FL 34759

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               Brian H. Pollock, Esq.
               FairLaw Firm
               7300 N. Kendall Drive
               Suite 450
               Miami, FL 33156
               Tel:    (305) 230-4884
               brian@fairlawattorney.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____Sep 13, 2019_____



**SUMMONS**

*s/ Alisha Beasley-Martin*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-23831

AUGUSTO EDUARDO LOAIZA LEMUS,

    Plaintiff,

vs.

PROJECTOTRES LLC,
LILIANA SERVIN, and
JORGE CHALL PEREZ,

    Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

TO:   JORGE CHALL PEREZ
      1021 HERON CT
      KISSIMMEE, FL 34759

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                              Brian H. Pollock, Esq.
                              FairLaw Firm
                              7300 N. Kendall Drive
                              Suite 450
                              Miami, FL 33156
                              Tel:    (305) 230-4884
                              brian@fairlawattorney.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____Sep 13, 2019_____



                                        **SUMMONS**

                                        _s/ Alisha Beasley-Martin_
                                        _____
                                        Deputy Clerk
                                        U.S. District Courts

              Angela E. Noble
              Clerk of Court