UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-23831-BLOOM

AUGUSTO EDUARDO LOAIZA LEMUS,

    Plaintiff,

vs.

PROJECTOTRES LLC,
LILIANA SERVIN, and
JORGE CHALL PEREZ,

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Augusto Eduardo Loaiza Lemus, pursuant to the Court's FLSA Order entered on September 16, 2019 [ECF No. 4], files his Statement of Claim based on the information known to him and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

## *Information Requested by the Court*

1.   **Amount** of Claim for Unpaid Overtime Wages:   **$4,736.00**

2.   **Method of Calculation**:

<u>December 4, 2018 through January 31, 2019</u>
(8 weeks)

$14.00 x 0.5 = $7.00/OT Hour Owed
10 OT Hours/Week x $7.00/OT Hour Owed = $70.00 OT Owed/Week
$70.00 OT Owed/Week x 8 weeks = **$560.00**

<u>February 1, 2019 through August 24, 2019</u>
(29 weeks)

$18.00 x 0.5 = $9.00/OT Hour Owed
16 OT Hours/Week x $9.00/OT Hour Owed = $144.00 OT Owed/Week
$144.00 OT Owed/Week x 29 weeks = **$4,176.00**

**Total Owed: $560.00 + 4,176.00 = $4,736.00**

3.   **Nature of Alleged Unpaid Wages**: Unpaid/underpaid overtime wages.

4.   Plaintiff also seeks liquidated in an amount equal to his unpaid/underpaid overtime wages, plus his attorneys' fees and costs pursuant to the FLSA.

5.   Plaintiff's Statement of Claim is based upon the information currently known and/or available.

6.   Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

7.   This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

7300 N. Kendall Drive, Suite 450, Miami, Florida 33156
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

Dated this 7th day of October 2019.

                                            Respectfully submitted,

                                            Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq.
                                            Fla. Bar No. 174742
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            7300 N. Kendall Drive
                                            Suite 450
                                            Miami, FL 33156
                                            Tel:   305.230.4884
                                            *Counsel for Plaintiff*